Plaintiff's Name MICHAEL JOHN SULLIVAN
Inmate No. CDCR # V-60931
Address KERN VALLEY State prison
P. O. BOX 5104
Delawo, CALF   93216

**FILED**

FEB 17 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

1:15-CV-00243-GSA-(PC)

MICHAEL JOHN SULLIVAN

(Name of Plaintiff)                        (Case Number)

vs.

AMENDED COMPLAINT

M.D. Biter, matthew Cates
J. clark Kelso, D. Foston, G. Jaime
R. Grissom, C. Sorenson, B. Daveiga
P. Lee, J. castro, J. williams
S. Lopez, L Bluford,
L. Zamora, John Does
Jane Doe's et al

(Names of all Defendants)

Civil Rights Act, 42 U.S.C. § 1983

JURY TRIAL Demanded

**I. Previous Lawsuits (list all other previous or pending lawsuits on back of this form):**

A.    Have you brought any other lawsuits while a prisoner?  Yes ___  No ☒

B.    If your answer to A is yes, how many? N/A
      Describe previous or pending lawsuits in the space below.
      (If more than one, use back of paper to continue outlining all lawsuits.

**RECEIVED**

FEB 17 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

      1. Parties to previous lawsuit:

      Plaintiff_____

      Defendants_____

      _____

      2. Court (if Federal Court, give name of District; if State Court, give name of County)
      N/A

      3. Docket Number _____    4. Assigned Judge _____

      5. Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

      _____

      6. Filing date (approx.) _____    7. Disposition date (approx.) _____

**II.    Exhaustion of Administrative Remedies**

A.    Is there an inmate appeal or administrative remedy process available at your institution?

Yes X  No___

B.    Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes X  No___

If your answer is no, explain why not _Plaintiff Has Presented all Claim's to EvRy Available level of Administrative appeal. Prison official's either ArBitranly Denied claim's or FaLSly and wrongfully screened out to Avoid Dealing with Issue's se (Sapp v KimBrell) (9th cir 2010) 623 F 3D 813', Thus no further Exhaustion IS Required_

C.    Is the process completed?

Yes X        If your answer is yes, briefly explain what happened at each level.
_1st level Denied, 2nd level Denied. 3RD level Improperly Screened out And /oR Denied or Refused to Rule thus, no Available Effective Remedy Existed,,_

No X         If your answer is no, explain why not.
_Prison officials Dated 2nd level Denial on 1-28-11 HvaC claim, they Lost oR Delayed this Being sat to plantiff so was not Recieved FoR many,many weeks, nevertheless was still filed timely By Plantiff Due to Mail Box Rule (Huston v Lack) 487 U.S 266 so 3RD level cancelling as not timely was false improper, - Claim was Being greeted as an Emergy Appeal. And other circumstances and events further Excuse oR Justify any perceived oR imagined late filing of claim - CDCR Has Demonstrated that it was futile to try and obtain Relief oR Resolve said violatun)_

**NOTICE:**    Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

**III. Defendants**

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A.    Defendant _M. D. Bitee_ is employed as _WARDEN of Kern valley state Prison_ at _3000 W. Cecil Ave, Delano .CA. 93216_

B.    Additional defendants Matthew Cates, J. Clark Kelso; D. Foston, G. Jaime R. Grissom; S. Sorenson; B. Davergo; P. Lee; J. Castro. J. Williams; S. Lopez; L. Bluford; L. Zamora

All Defendants either work for KVSP at 3000 Cecil Ave - Delano, ca 93216  or work for CDCR in sacramento, capital under Director,

See attached Handwritten Complaint pg 1-12 attached Herein) where Details are fully set forth

## IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

See attached Handwritten Complaint pg 1-12 Attached Herein✓ where Details are fully set forth

Incorporated by Reference

## V.  Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Compensatory Damages for Physical and mental & Emotional Injury and Pain + Suffering -- Punative Damages

Declaratory Judgement and Injunctive Relief

See pg 11-12 attached complaint

I declare under penalty of perjury that the foregoing is true and correct.

Date JAN - 20 - 2015        Signature of Plaintiff

(revised 2/10/2006)

3

UNITED States DISTRICT COURT
EASTERN DISTRICT of California

MICHAEL JOHN SULLIVAN
Plaintiff

Vs

M. D. Biter
Matthew Cates, J. Clark Kelso
D. Foston, G. Jaime
R. Grissom, C. Sorenson
B. Daveiga, P. Lee
J. Castro, J. Williams
S. Lopez, L. Blueford
L. Zamora, And J. Doe's
ET-AL

NO.

Complaint

Jury trial Demanded

PRELIMINARY Statement

THIS IS a CIVIL RIGHTS ACTION filed BY — "MICHAEL JOHN SULLIVAN" A state Prisoner for Damages And Injunctive Relief under 42 U.S.C. Section 1983; Alleging, EXPOSURE to toxic Health-HAZARDS: CRUEL and UNUSSAL Punishment In violation of the eighth amendment of the united states Constitution And violation's of the federal Americans with Disabilities Act 42 U.S.C. § 12101 Et SeQ. Aswell as violation's of Due Process And EQual Protection Clauses of the fourteenth Amendmat to the constitution

1.)   JURISDICTION

The COURT HAS JURISDICTION over Plaintiffs Claim's of violations of the federal constitutional RIGHTS under 42 U.S.C. § 1331 (A) and 1343; Aswell as the federal A.D.A statutes 42 U.S.C. § 12101 ET SEQ

(1)

Parties

2.) The Plaintiff "Michael John Sullivan" was incarcerated at Kern Valley State Prison during the events described in this complaint

3.) Defendant Mathew Cates was the actute Director and Secretary of the California Department of Corrections and Rehabilitation. And is sued in his individual and official capacities

4.) J. Clark Kelso. Is employed by C.D.C.R. and the medical Reciever, under the Director of Corrections and is responsible for reviewing the administrative appeal's and insureing that state prisoner's are being provided with constitutionally adequate health care and enviornment and is sued in official and individual capacities

5.) Defendant D. Foston is employed by C.D.C.R. as the Chief of inmate appeal's, and is responsible for reviewing administrative appeal's and insureing and correcting any unconstitional conditions of confinement

6.) Defendant G. Jaime is employed at Kern Valley State Prison as correctional Plant manager III and is responsible for reviewing administrative appeals and ensure that prisoner's enviornment is healthy and constitutional and HVAC systems are operating properly and safely

7.) Defendant R. Grissom is employed at KVSD as associate warden ~ Bussiness services and responsible for reviewing administrative appeal's and ensureing that prison's conditions are safe, Healthy and constitutional

8.) Defendant C Soronson is employed at KVSD as a stationary engineer, and is responsible for mautonance and operation of the HVAC systems and ensureing that they are operating properly and providing a healthy and safe living enviornment for the prisoners

(2)

9.) Defendant B. DAVEIGA is employen at KVSP. as CORRECTIONAL COUNSELOR II and RESPONSIBLE for Reviewing Administrative appeal's

10.) Defendant P. Lee is employees at KVSP as Chief ENGINEER of MAINTENACE DEPT. and RESPONSIBLE for ENSURING That HVAC and air HANDLER'S are working Properly and SAFLEY

11.) Defendant J. Castro is employed at KVSP as Chief DEPUTY WARDEN (A) and is RESPONSIBLE Reviewing Administrative appeal's to ENSUREING That PRISON CONDITIONS and ENVIORNMENT IS safe Healthly and Constitutional.

12.) Defendant J. Williams is employed at KVSP as a REGISTERD NURSE (RN)

13.) Defendant S. LOPEZ. MD. is employed at KVSP. as the Chief medical Executive and IS RESPONSIBLE for Reviewing Administrative appeal's and the General Health, Welfare as well Beint of the Prisoner's

14.) Defendant L. BLUFORD is employed BY C.D.CR- as Health Program Specialist I (HPS-1) and RESPONIBLE for Reviewing Administrative appeal's and ENSUREING Prison condition's are SAfe, Healthly and constitutional

15.) Defendat L. Zamora is employed BY CDCR as Chief of Health CAre appeal's and RESPONSIBLE for Reviewing administrative appeal's

16.) Defendants John Doe or Jane Doe, 1-10 are also employed at. KVSP and Directly or Indirectly are RESPONSIBle for ENSUREING That the Living condition's and Enviornment IS safe, Healthy and constitutional

(3)

at KUSP as the WARDEN and Responsible for the General well fare and well Being of Prisoner's and Ensuren that Living conditions are Safe, Healthly and are Constitutional

18.) ALL Defendants Have acted and continue to Act under color of State Law at all time's Relevant to this complaint

Facts

19.) Since Plaintiff's arival at KUSP in 2010 He Has Been forced to Breath Dirty Recyclen air that contain's Fume's -- Chemical's - Pesticide's -- Herbocides - feetilizer's And other un-identified Agricultural Chemical's And other Polluttants And forieisw substances -- That get into the ventallation air Handlers on Roof and Get Dilivered Directly into the Cell's And House units --- And these toxic Health Hazards are not Being filtered out Before air is Dilivered to Plaintiffs Cell

20.) Plaintiff Has Preexistinto Chronic medical conditions with His Heart and Lung's And is on multiple medications for Both -- Has two seperate and Different type's of Respitory Inhaler's for His Chronic Respitory medical disabilities -- -- And forceing Plaintiff to Breath these toxic, noxious Chemical's And Polluttants Has aggravatted these chronic medical conditions -- and causeint and creating severe and extreme -- potentially life threatening adverse medical symptom's -- Respitory system Gets clogged up and constricts, makes Breathing Labored and difficult then Heart Starts to Beat irradically -- Palpatate Real Hard -- Flutterint and Spasimint and Beat at a Hard irregular manner -- which in turn causes chest pain's - Numbress in left arm - And side etc etc - etc -- feel's Like a Heart attack or Stroke may Be -- immenlent -- It is an indisatable medical fact that Breathint these toxic chemical's And Polluttants will cause vein's - arteries - capalories to constrict And weaken their wall's and structure And collapse or create scallint or Plaqve which can Break off causeinto a stroke or Heart attack

(4)

--- AND CAN OTHERWISE CAUSE OR CREATE ANEEYSMS AND DAMAGE OR WEAKEN HEART MUSSLES - VOLVES AND OTHERWISE CAUSE HEART DISEASE AND/OR CARDYO - PULMONARY LIFE THREATENING MEDICAL CONDITION'S - AND CAN CAUSE TUMOR'S OR CANCER

NOT ONLY HAS THESE UNCONSTITUTIONAL TOXIC HEALTH HAZARD'S AGGRAVATED AND ADVERSELY AFFECTED PLAINTIFF'S CHRONIC MEDICAL CONDITION'S WITH HIS HEART AND RESPITORY SYSTEM BUT HAS ALSO ADVERSELY AFFECTED PLAINTIFF'S CHRONIC LIVER DISEASE BY FORCEING AN ALREADY DAMAGED AND DISEASED LIVER TO WORK OVER-TIME FILTERING OUT THESE TOXIN'S - AND WITHOUT A DOUBT WILL HAVE SOME SERIOUS LONG TERM HEALTH AFFECT'S AND LITERALLY HAS SHAVED OR REDUCED YEAR'S OFF OF PLAINTIFF'S NORMAL LIFE EXPECTANCY ?! )

21.) THE HVAC SYSTEM'S AND AIR HANDLER'S AT THIS PRISON, DO NOT HAVE AN ADEQUATE AND EFFECTIVE FILTRATION SYSTEM OR FILTER'S THAT WOULD REMOVE THESE TOXIC HEALTH HAZARD'S AND CHEMICAL'S FROM THE AIR - AND MERELY HAVE SOME CHEAP IN-ADEQUATE AND INEFFECTIVE FIBERGLASS - SCREEN TYPE OF FILTER'S - AND CONSEQUENTLY RAW CHEMICAL'S - NOXIOUS FUMES AND OTHER POLLUTANT'S GET DILIVERED DIRECTLY INTO THE CELL'S WHERE PLAINTIFF AND OTHER PRISONER'S ARE BEING HOUSED AND LIVE AND SPEND A MAJORITY OF EVERY DAY AND NITE INSIDE OF THESE CELL'S WITH THE DOOR CLOSED AND LOCKED - THE CELL IS LITERALLY TRANSFORMED INTO A GAS CHAMBER AND A TORTURE CHAMBER - ESPECIALLY AT NITE WHEN THE AGRICULTURAL FEILD'S DIRECTLY ADJACENT TO PRISON ON ALL SIDE'S SPRAY CROP'S WITH PESTICIDES - HERBICIDES - FERTILIZER'S AND OTHER AGRICULTURAL CHEMICAL'S - WHICH BECOME AIR BORN AND SUCKED INTO AIR HANDLER'S AND DILIVERED TO THE CELL'S AND HOUSEING UNIT'S

22.) ON OR ABOUT 11-11-10 PLAINTIFF BROUGHT THESE PROBLEM'S TO THE ATTENTION OF PRISON OFFICIAL'S AND DEFENDANT'S BY FILEING A CDCR 602 ADMINISTRATIVE APPEAL LOG# KVSP-O-10- -02326, REQUESTING AIR HANDLER TO BE MODIFIED OR ADJUSTED - AS TO INSTALL HEPA FILTER'S TO FILTER OUT THESE TOXIC CHEMICAL'S AND OR TO TRANSFER TO DIFFERENT PRISON WHERE HEALTH - HAZARD'S DO NOT EXIST

(5)

23.) On or about Dec-8-2010. Plaintiff was interviewed By Defendant C. Sorenson, Stationary Engineer at the first level of Review for said appeal log # KVSP-0-10-02326. said Defendant Refused to upgrade and install HEPA filters and outright Denied said appeal

24.) On or about Dec-16-2010 Defendants G. Jaime Correctional Plant Manager II and R. Grissom. associate Warden, Business Services were also Confronted with said above Refered To Appeal and also Refused to correct or Remedy these constitutional violations and Denied said appeal

25.) On or about Jan-25-2011 Defendant B. Daveiga Correctional Counselor II was assaigned to Review this appeal at second Level Review and contacted P. Lee, Chief Engineer of maintenance to Help Evaluate and Decide said appeal, - They Individually and collectively arbitrarily Determined appeal will be Denied and constitutional violation will not Be Resolved or Corrected - and in turn J. Castro, Chief Deputy Warden also Reviewed said appeal and Join with them and signed off on their Denial of said appeal

26.) On or about Dec-3-2010, these constitutional violations were Brought to the attention of J. Williams (RN) and He Refused to act in an Affirmative manner to take any steps to Remedy or correct these violations or to notify or advise anyone else in a Position of Higher authority to Remedy or correct those Health Hazards

27.) On or about Dec-7-2010 these constitutional violations and toxic Health Hazards were Brought to the attention of D. Foston Chief of Inmate Appeals and He was confronted with Them and the its Detail's and He Refused to Remedy or correct These violations

(6)

28.) Defendants Diez - cates - Kelso - Sorenson - Jaime - Grissom - Daveiga - Lee - Castro - William's - foston - Lopez am Doe's DID KNOW OR SHOULD HAVE KNOWN that there Existed toxic Health Hazard's and That Plaintiff was Being exposed to toxic, Noxious Chemical's - fume's - Pesticides - Herbacides - feetlizer's and other Harmfull Polluttant's or foreign substances And that these Health Hazard's posed an un-Reasonable Risk of serious Damage to Plaintiff's Imediate and future Health and that are totally and completely contrary to Plaintiff's Pre-existing Chronic medical condition's and Disabilities with Heart - Lungs Liver - Kidneys and overall Health and well Being -- And is utterly contrary to Plaintiff's Best medical Interest - and Inspite of Defendant's Being Confronted with these violations -- not only By Plaintiff - But also By numerous other Prisoner's complaints and appeal's Aswell as other triggering fact's Alerting them to these violations -- said Defendants Refused to take any step's to correct these Health Hazard's -- said Defendants had a Duty and obligation to act -- And had the power to correct these violations -- But arbitranly Refused to take any step's to Remedy or correct these constitucianal violations --- and this constitutes Dilberate Indifference. And. cruel and unussual Punishment, in violation of the eighth amendmat to the constitution

(7)

29.) Plaintiff arrived at KVSD on OCT-2010 and up until sometime in 2014 the DRINKING water at this PRISON was contaminated and polluted with toxic level's of arcenic -- STRICKNINE and cancer causeint Agents

Plaintiff has preexisting chronic life threatening liver disease --- and tumor on kidney, and stomache problems -- and forceint Plaintiff to drink this tainted polluted water- aggravated these medical condition's and caused and created severe and extreme adverse mental symptom's with liver -- stomach and overall digestive system and caused circulatory system problem's and increased risk of getting cancer

Plaintiff has repeatedly and on numerous occassions confronted prison offitial's and Defendant's with this problem, requestint clean bottled water to drink and transfer to a different prison that does not have these health hazard's, However these were consistantly and repeatedly denied - IGNORED and they refused to correct these violations and health concerns -- And their refusal to act affirmatively and forceint Plaintiff to drink the contaminated watted for prolonged period's of time -- excellerated and escalated his chronic liver disease -- and by forceint on already damaged and diseased liver to work over-time filtering out these toxin's- most assuiradly will have some long term serious adverse health affects, and has reduced or shaved year's off Plaintiffs normal life expectancy

30.) Defendant M. D. Biter, warden of KVSP, has each year since oct-1-2010 issued a memo and bulltins acknowlegeint that the drinking water was contaminated and also acknowlegeint the risk of serious adverse health affect's [ including but not limited to] increased risk of getting cancer and can or may cause circulatory system problem's, aswell as other ill health affats

(8)

31.) ON OR ABOUT 12-3-10, Plaintiff DID BRING THIS PROBLEM TO THE ATTENTION OF PRISON OFFICIALS AND DEFENDANTS BY FILEING a CDCR 602 ADMINISTRATIVE APPEAL 106# -KVSP-34-10-14194, RECQUESTING TO BE PROVIDED WITH BOTTLED DRINKING WATER AND A TRANSFER TO a DIFFERENT PRISON

32.) ON OR ABOUT MAY 11-2011 DEFENDANT L. BLUFORD, Health PROGRAM SPECIALIST WAS ASSAIGNED TO REVIEW ABOVE SAID APPEAL SHE FAILED TO CORRECT OR REMEDY THESE VIOLATIONS

33.) ON OR ABOUT MAY 11-2011, DEFENDANT- DR. S. LOPEZ, CHIEF MEDIZAL EXECUTIVE WAS ALSO CONFRONTED WITH ABOUT REFERED TO APPEAL AND CLAIM- SHE FAILED TO CORRECT OR REMEDY THESE VIOLATION'S

34.) DEFENDANTS CATE'S, KELSO, BITER, LOPEZ BLUFORD AND DOE'S --

DID KNOW OR SHOULD HAVE KNOWN THAT THERE EXISTED A TOXIC HEALTH HAZARD - WITH THE DRINKING WATER BEING POLLUTED -- AND THAT THESE HEALTH HAZARD'S POSED AN UNREASONABLE RISK OF SERIOUS DAMAGE TO PLAINTIFFS IMEDIATE AND FUTURE HEALTH -TWO WERE CONTRARY TO PLAINTIFFS PRE-CXISTING CHRONIC MEDIZAL CONDITION'S WITH HEART LUNGS, LIVER AND KIDNEYS AND OVER-ALL HEALTH AND WELL BEING AND UTTERLY AGAINST PLAINTIFFS BEST MEDIZAL INTEREST -- AND INSPITE OF DEFENDANTS BEING CONFRONTED WITH THESE VIOLATION'S BY PLAINTIFF'S ASWELL AS OTHER TRIGGERING FACTS ALERTING THEM TO THESE VIOLATION'S -- SAID DEFENDANTS REFUSED TO TAKE ANY STEPS TO ALIVIEATE OR CORRECT THESE HEALTH HAZARD'S -- SAID DEFENDANTS HAD A DUTY TO ACT AND THE POWER TO CORRECT THESE VIOLATION'S BUT REFUSED TO REMEDY OR CORRECT THEM -AND THIS CONSTITUTES DILIBERATE INDIFFERENCE AND CRUEL AND UNUSSUAL PUNISHMENT IN VIOLATION OF THE EIGHTH AMENDMENT

(9)

35.) Defendants cates- Kelso- Biter, foston- -Jaime - Grissom- Sorenson- Daveiga- - Lee - Castro - Lopez- Bluford zamora and Doe's --- were confronted with these herein claim's of unconstitutional condition's and serious health hazard's -- and had the power to Remedy and correct these - But instead - arbitrarily and Knowingly Denied Said Administrative appeal's -- Knowing that these Health Hazard's posed an unReasonable Risk to Plaintiff's immediate and future Health and well being and that would cause long term Health Problem's that may be life threatening --- they had a duty to ensure that an effective administrative appeal process existed that would correct and Remedy Serious constitutional violations and these Defendants utterly failed in this duty - and was motivated by desire to avoid admitting any liability of wrongdoing-and to avoid spending the money to correct these un- -constitutional condition's ~ and Amounts to failing to provide an effective Administrative appeal process and constitutes a violation of Due process and Equal Protection Clause of the constitution and Diliberate indifference to Plaintiff's serious medical needs in violation of the eighth amendment

36.) Additionally all these above named Defendants Listed in item # 35 above ~ violated Plaintiff's Rights under the American's with Disabilities Act 42 U.S.C. § 12101 et seq By their Actions and in-action -- Knowingly Exposed Plaintiff to toxic Health hazard's that posed an unReasonable Risk of Damage to his immediate and future Health that may have life threatening low term Health consequences, ~ Said Defendants did know or should have known that Plaintiff had Preexisting chronic medical - condition's and Disabilities ~ with Heart - lungs - liver - And that these Health Hazard's created an enviornment that was adverse and completely contrary to these conditions -----

(10)

--- and that said Defendant's had a Duty and obligation to Provide a safe and Healthy Living Enviornment that is conducive to Plaintiff's Chronic Disabilities -- Defendant's should have corrected or Remedied these Health Hazard's or transfered Plaintiff to a Different Prison where these toxic Health Hazard's did not exist - And their failure to act violates Plaintiff's A.D.A. Rights constitutes deliberate indifference to his serious medical need's in violation of eighth amentment - aswell as violates the Due Process and Equal Protection Right's of the fourteenth Amendment to the constitution

Wherefore; Plaintiff Requests that the Court Grant the following Relief

_A._   Issue a Declaratory Judgement stateing that

(1)   That the Herein named Defendant's violated and continue to violate. the Plaintiff's Rights under the eighth Amendment to the united States constitution

(2)   That the Herein named Defendant's violated and continue to violate Plaintiff's Right under fourteenth amenmend to united States constitution to Due Process and Equal Protection of the law's

(3.)   That the Herein named Defendant's violated and continue to violate Plaintiff's Rights under the federal A.D.A. law's and constitution

(11)

B. ISSUE an INJUNCTION ORDERING the DefenDauts or their AGents

(1) - To Imediatley Arrange And carry out without Deley, - to have maintenance Personell obtain, Purchase And to Install HePa Filters on all the Hvac Air Handlers throughout the entire Prison. --

C. AWARD Compensatory Damages Jointly And severally Against the Defendants

(1) For the Punishment and Emotional Injury Resulting from their Denial Plaintiffs A.D.A Rights, And Due Process And Equal Protection of the Law

(2) For Physical And Emotional Injury Resulting from their Refusal to Provide a safe, Healthy Living - Enviornment And Exposure to toxic Health Hazards

D. AWARD Punitive Damages AGainst All Herein Named Defendants

(12)

SERIOUS INJURY, IRREPARABLE HARM

INMATE/PAROLEE
APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category
1. KVSD-0-    1. 10-02326
2. _____    2. _____

9 Appeal 2nd

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| SULLIVAN, M | V-60931 | — | D-4-107 |

A. Describe Problem: "VENTALLATION" "HEALTH HAZARD" I HAVE WELL DOCUMENTED MEDICAL CONDITIONS with my HEART & LUNGS, THE AIR THAT IS BEING DILIVERD TO MY CELL, IS DIRTY RECYCLED AIR THAT CONTAINS SMELLS, CHEMICALS, FOREIGN SUBSTANCES + OTHER POLLUTANTS, AND ME BEING FORCED TO BREATH THIS TAINTED AIR, IS CAUSEING ME TO EXPERIENCE SEVERE AND EXTREME ADVERSE MEDICAL SYMPTOMIS, with HEART AND RESPITORY SYSTEM

[ See ATTACHMENT "A" FOR FURTHER DETAILS

If you need more space, attach one additional sheet.

B. Action Requested: TO HAVE STATIONARY ENGINEER COME OUT, go TO ROOF OR MECHANICAL ROOM OPEN UP DAMPERS, - STOP RECYCLING AIR TO CELLS, - ALLOW LARGER % OF OUTSIDE CLEAR, FRESH AIR INTO LINE (2) UPGRADE FILTERS TO CHARCOL OR HEPA, OR ELECTRO-STATIC IONIZATION TYPE

Inmate/Parolee Signature: _____    Date Submitted: 11-11-10

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

1022818

V60931

2-3-10: Contacted FAC-D RN WILLIAMS. Sullivan SEEN BY MEDICAL BD

First Level    ☐ Granted    ☐ P. Granted    ☑ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 12-3-10 _____ Due Date: 1-13-11

Interviewed by: _____

_____

_____

*see attached*

_____

Staff Signature: _____ Title: CPM II    Date Completed: 12/16/10

Division Head Approved: Signature: _____ Title: _____ Returned Date to Inmate: 12-21-10

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

MAintenance HAS NOT AdequotHey AddRessed oR CoRRected THis PRoblem, when they possess the means & technology to Easily Fix this

(See AttAchment "B" fol fuRther DetAils

Signature: _____    Date Submitted: 12-30-10

Second Level    ☐ Granted    ☑ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 1-12-11 _____ Due Date: 2-7-11
☐ See Attached Letter

Due to appeals 2-3-11

Signature: _____    Date Completed: 1/25/11

Warden/Superintendent Signature: _____    Date Returned to Inmate: 1-28-11

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

2nd level mefely RendeRis Double speak and misleading statements so as to Avoid coRRecting pRoblem. the fact is they HAve SHown time and time again that they HAve ability to open up ventls and improve air quality to where it Does NOT Adversely impact my medical conditions See AttAchment X for 3RD level Details

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION    ☑ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

Case 1:15-cv-00243-DAD-SAB Document 1 Filed 02/17/15 Page 18 of 41

... medizine including nitroGlxcern. also on 2- separate Respirator medis -ed pulmonary specialist. And as a Result of these chronic medical DisaBilities I Am Extremely sensative to un-clean air that is tainted. contains Polluttant's — and what is happening here is. that the air to and from cell is is Being Recycled and continiously Rediliverd to the cell's. as oppossed to Exhausting old air and Bringing in new fresh Air Every cycle··· so all the old air Being sucked out of or exhausted from cell's. thru exhaust vent is Just Recycled and Re-Diliverd To cell's. this air is CHALK full of methane Gas from people useing the Bathroom, and carBon Dioxide from used up Exhalled Breath Aswell as other foriengs substances and polluttant's and it is mayBe Being Ran thru some type of cheap fiBer Glass filter that Does not Remove these Air Born Polluttant's and air tends's to Be oxygen starved I mean when my exe's start Burning and I can tell there is something wrong with air. I can smell + taste hint of fumes or chemical's in air.··· my Respitory system starts to clogg up and constrict. makes Breathing laBord and Difficult then my Heart starts to Palpatate, flutter spasm—Beat in an Hard and irregilar manner which in turn causes chest Pains numBness in left arm etc—etc. it feel's like a Heart Attack or a stroke is imennent—feel's as though something is squeezing Heart mussle. vein's—arteries constrict. and the sensation goes up the left side of my Head aswell the suspizious thing is this. that when I go out to the Day Room or Even Just to take a shower ~ these symptom's Disapate or Disapear ~ or if I go outside I start to feel Better, exilerated, Breath easy, Heart Rate staBlizes But then once I Return to my cell for 10~20 minutes symptom's Return again ·· it's as if they are intentionally chokeing out the cell's cause air in Day Roo ts completely Different and Better Quality·~ I am a Bon- afide Journeyman Electriction out in the free world. I've worked around air Handler's HVAC unit's I understand how they operate and they have Damper's either on the Roof where Air Handler's are located or in the mechanical Room upstair the Damper's are what control How much percentage of outside air is Being allowd into line~ for example if they are Running the Damper's at merely 10% · this means that only 10% of outside air is Being introduced into line every Hour and other 90% is continiously Recycled and Rediliverd to cell's? instead of Being Exhausted and Replaced with new clean air??

FLIP over                    ( 1 )                    FLIP over

I have had similar or same problem in other prisons and is easily corrected by haveing maintenance come out open up the dampers and / upgrade filters. alot of other inmates here at KVSP have also notice + smell fumes and chemicals although it may not affect them as drastically as it does me ~ cause they dont have medical conditions ~~ But from a legal standpoint ~ I have potentially life threatening chronic medical disabilities + am A.D.A. as a matter of law under federal ADA statutes [Title 42 U.S.C. sections 12101 ET seq]. Aswell as the federal court case law intrepreting these statutes ~ and these laws state and dictate ~ that prison authorities have a duty and obligation to accomadate or provide environment conducive too prisoners medical disabilities ~ and if one institution cannot provide such ~ then inmate must be transfered to facility that can ~ see federal case law [Payne V Lynaugh] 1988) 843 F. 2d. 177 at pg 178-79 [Xarbaugh V Roach] 73.6 F. supp 320 N. 7 and [Villa V Frazen] 1981) 511 F. supp. 231 at pg 233 although this may be in the extreme cause they posses the means and technology to fix and correct this by doing something as easy as opening up the dampers!!! whatis-more is that there is no legitimate penological interest being served by witholding or failing to remedy this ~~ moreover this is not merely an issue of being comfortable ~~ But is an issue of medical necessity and to deny or withold this not only violates the 8th amendment, prohibiting cruel and un-ussual punishment ~~~ But may also constitute a criminal offense see calif penal code § 673!

I mean we are in these cell's a majority of the time ~~ is it really too much to ask or expect that the air in my cell is sufficiently clean and good quality ~ to where I can breath normally and does not create severe ~ extreme medical symptom's, that are potentially life threatning!!

Please have maintenance come out A.S.A.P and open up dampers and upgrade filters      Thank you!

Respectfully
Submitted:
Michael Sullivan
V-60931   D-4-107
KVSP

Dated: 11-11-10

(2)

Case 1:15-cv-00243-DAD-SAB   Document 1   Filed 02/17/15   Page 20 of 41

FIRST OF ALL THE BLDG STAFF HAVE PUT IN WORK ORDERS and called maintenance many times aBout THIS and in fact maintenance HAS came out and made POSITIVE ADJustments in aiR HANDLERS that improve the QuaLity OF AIR to where It does NOT impact my meDical condition! R cause or CReate these extreme ADVERSE medical symptoms with Heart and Respitory system... so They DO have the means and SKILL and technology to CORRECT HIS Herein asserted PROBLem. .. They Have DONE SO ON NUMEROUS occassions in the PAST.. However IT JUST does not stay that way .. either power will mysteriously go off or AIR will Be SHUT OFF FOR a time And when it comes Back on . This HAS DISRUPTED the setting or the ADJustment ... And /or the tower officers are getting on the computer or going to mechanical Room and CHANGering the aiR Setting once maintenance HAS come and Gone

AND THeir RESPONSE IN FLR THAT THE System IS working + functioning as DESIGNED and PROPERLY IS OUTRIGHT IN-TRUE and simply false !!!    FOR ventallation IS NOW worse THan BeFoRE ...    (1) the Return eXHAUST vent IS NOT working at all RIGHT NOW . THere IS NO suction whatsoever I USED to Be able to put a peize OF writting PAPER UP THERE and it would STAY PUT BY fokce OF suction , BUT NOW It wont even HOLD a small SQuare OF tissue PAPER . The eXHAUST fan IS BROKe or OFF - so we are NOT Getting any aiR CHANGES at aLL ?!   .. (2) Next is THAT the smoke from Grill in Dinning Room when they are preparing the foOD . Get's sucked into system and then Dilivered to My ceLL :: It's Like Being in a strait up Gas CHAMBeR . Got me BReatHing RAW smoke and sooT, aswell as otHer aiR BORN PolluTANTS And FoRieGN SUBSTANCES ... Not only IS THIS severely AGG-RAvaTTing my PRe-existing , potentially Life THreatening medical conditions - BUT also HAS LONG term future ADVERSE Health affecTS .. there IS Something fundementally wrong with forceing someone like me . wHO HAS THese medical conditions to BReath smoke, sooT, fumes , chemicals , or otHer aiR BORN contaminaantS

FLIP oveR                    ( 1 )                    FLIP oveR

→ It is universally know that Breathing smoke, damages lungs, and/or causes veins, Arteries, capalaries, constrict and /or weaken their wall or structure. — Moreover federal courts have held that in-adeqvate ventallation violates the 8th amendmat and Does Amount to cruel and unussual punishment. See case's of [Hoptowitt v Spellman] 9th cir 1985) 753 F. 2D. 779 at 784. And [Tovsaint v McCarthy] 597 F. Supp. 1388 at 1395-96.

Furthermore: inadequate ventallation of toxic or noxious fume's, Raises 8th amend claim [Gody v Hillard] 599 F. supp 1025 at 1032. and [Johnson El. v Schoemehl] 878 F. 2D. 1043 at 1054-55; "Pesticides getting into Housriab units]. and [Alleghewy County Jail v Wecht] 874 F. 2D 147 at 154; ... Heating system that would channel smoke and fumes to cell's]; whatsmore is that U.S. supreme court has recently held that exposure to smoke fumes or second hand smoke, violates 8th amendmat, for it posses and un-Reasonable Risk of serious Damage to prisone future Health [ Helling v mckinney] 1993] 113 S. CT. 2475 at 2480-81. ["Emphasis Added")

I mean there is something Gravely wrong when I am Just sittinb in my cell and my eye's are Burning, Head-ache and experiencing extreme Heartand Respitary Distress — Because am Beinb forced to Dreath this tainted & pollutted AiR ??!!

There not Gonna Be Happy till one of these morninb's they find a corse in my cell and mike sullivan is Gone!!!

I HAD *Dentical problem at teHacHapi CCF and FLR said some vague, inaccurate misleadinb Response. But once warden's Got involved at SLR and investigate matter learned I was correct in my asseetion. and when pressed to the task the maintenance Dept was able to coply and fix problem when the wardens order them to open Dampers!! see attached SLR appeal Decision from teHacHapi as [exhibit one]

The Bottom Line Here is that maintenance has knowlege, skill mean's and technology to fix and correct this problem And it shouldt be un-Reasonable for me to ask or expect to be able to Breath normally without experiencinb severe + extreme adverse medical symptom's or which threaten's both my physical and mental well Beinb --- Thus -- it is Respectfully Requested that 2nd level Decision Be Rendered. Directinb or ordering maintenance to open up Dampers and fix or Repair the exhaust fan's or system ..and correct smoke from being Dilivered to cell's from kitchen'... Thank You!

Dated: 12-30-10

/s/ michel Sullu
michael sullivan
v-60931 - D-4-107

(2)

## ~ facts ~

1.) the Controlls for air and vents is up in control tower in the Back where cat walk is. these is utility or mechanical Room or area

2.) on at least 4 - separate occassion's Doctor's have contacted custody sgt about poor air Quality adversely affecting medical condition's with heart and respitory system, and cause extreme adverse medical symptom's — each and every time, they were able to open up system or adjust air Quality to where it does not Attack or impact my medical conditions. on time stationary engeenier sorensen came to my cell had me step out and exame vents, I told him that there is plenty of air comming into cell. it's not the amount or volume, but air Quality — sorensen then went up into tower open up vent's and then air was fine, the other 3 times sgt just called tower, told officer To go Back and open it up again air was fine then too! But in a day or two the Bldg staff change it right back

3.) Recent EKG's have came back abnormal — in fact on feb - 5 in middle of nite taken to CTC EKG was abnormal. on feb-6 - saturday taken back to CTC again EKG abnormal then I was taken out to mercy hospitol emdgency Room in Bakers feild

4.) there have Been several instances in middle of nite to where air has Been causeing adverse medical symptom's. 1st watch C/O will in leiu of takin to CTC call sgt and/or talk to tower officer and get vent open up. symptom's disapate or disapear only to have officer's on 2nd or 3RD watch come in shift. and close it back up. and choke out the air comming to cell ... this in the crux of the problem ... once they fix or adjust system or vent they wont leave it alone. ... but instead change it back

( 1 )

5) YES! I ADMITT — THAT I HAVE RAISE some
at ... WHEN ... ... this too!
Initially RESISTED But ultimatley fix Problem and
open up DAMPER'S and as long as it STAYED that
way I DID NOT complain or Experience medical symptom
   But HERE at KUSP it is oppressive they way they are
acting, they can and HAVE fixed Problem But Keep
HANDING AT Back. — This is Being Done with
in Evil HAND!! and intentionally??!!

6)    There is another separate Problem Here too!
     KUSP sits Directly ADJacent too. and is in
fact SURROUNDED BY argaricultural feild's. They are merely
only 100 ft from fence Line — and these farmer's will
Do Repeatedly spray these feild's with Pestizide's, ~~~~~
and other chemical's, aswell as Fertalizer's and alot of
times they do this at nite under cover of Darkness
that they DO this at nite cause no citizens or Any
High UP ADministation is arround then!!  BUT
these toxic Pestizides and chemical's Get into air
get RIGHT into ventallation system, and Get Dilivered
o Cell's — I mean JUST pure strong RAW toxic
chemical's Blowing thru vent — it's like Being in a
Gas CHAMBER, they are doing US, JUST Like the
NAZI's were doing the Jew's??!!  If this Doesn't
Shock Your concience — you Dont HAVE one in 1st place
and when vents are open chemical's Blow out in 1-3 Hours
But when they have system closed and choke out cell's it
stays in there all nite till Breakfast, cause there JUST
recycleing air over + over — This is an indisputable
old HARD fact about this Pesticide — and this alone SHOULD
warrant the installing of Hepa filter's — whatsmore
is that Kern county has the Highest outBreak Rate in the
entire state of valley fever!!  why was somebody with
y medical condition's even [struck out] sent to this prison??
Come on! they got us Drinking water contaminated with
Rsenic and Breathing air full of Pestizides and
oxic chemical — Hell cancer or some other ill
health affect is A certainty, even for People who
re Perfectedly Healthy initially
   In conclusion: Please correct this or transfer
ne! — THANK YOU

                         /s/ michael sullivan
                            V-60931
       (2)                KUSP - D-4-107

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date    :    December 16, 2010

To      :    Sullivan, V-60931
             Facility D, Building 1
             Kern Valley State Prison
                      D4-107L

Subject :    **APPEAL LOG # KVSP-O-10-02326**
             **FIRST LEVEL RESPONSE**

             <u>**APPEAL ISSUE:**</u> You contend the air delivered to your cell is dirty and hazardous to your health.

             You are requesting the Stationary Engineers stop recycling air to the cells and open dampers to allow outside air. You also request the filters upgraded to HEPA or electrostatic ionization type filters.

             <u>**INTERVIEW/EFFECTIVE COMMUNICATION:**</u> On December 8, 2010, C. Sorenson, Stationary Engineer, interviewed you pertaining to the air supply and system to your cell.

             A review of the Test of Adult Basic Education list reveals you have a Reading Grade Point Level above 4.0, therefore, you do not require special accommodation to achieve effective communication.

             <u>**APPEAL RESPONSE:**</u> Your appeal, the attachments and the California Code of Regulations (CCR) Title 15 have been reviewed.

             Mr. Sorenson explained to you that the ventilation system allows a percentage of outside air into your cell. He provided you an overview of the system's operation and routine maintenance. The current air filters will not be upgraded to a HEPA or electrostatic. The filters are designed as per industry standard and are used throughout all State agencies.

             <u>**DECISION:**</u> Based on the above information, your appeal is **DENIED** at the First Level.

             If you are dissatisfied with this decision, you may appeal to the Second Level by following the instructions on your appeal form.


             G. JAIME                              R. GRISSOM
             Correctional Plant Manager II         Associate Warden, Business Services
             Kern Valley State Prison              Kern Valley State Prison

# Memorandum

Date    :    January 25, 2011

To    :    SULLIVAN, V60931
FDB4-107L
Kern Valley State Prison

Subject :    **APPEAL LOG # KVSP-O-10-02326**
**SECOND LEVEL RESPONSE**

**APPEAL ISSUE:**  The appellant contends the dirty, recycled air being delivered to his cell is causing him extreme adverse medical symptoms to his heart and respiratory system.

The appellant requests the stationary engineer to open up the dampers on the roof, stop recycling air to cells, and upgrade filters to High-Efficiency Particulate Air (HEPA) filter or electro-static ionization type.

**INTERVIEW/EFFECTIVE COMMUNICATION:**  The appellant was interviewed on December 8, 2010, by C. Sorenson, Stationary Engineer, at the First Level of review (FLR).  Subsequently, the appeal was denied in that  the ventilation system allows a certain percentage of outside air into his cell and the filters will not be upgraded.

A review of the Test of Adult Basic Education list reveals the appellant has a Reading Grade Point Level above 4.0; therefore, he does not require special accommodation to achieve effective communication.

**REGULATIONS:**  The rules governing this issue are:

- California Code of Regulations (CCR), Title 15, Section 3064, 3084

**APPEAL RESPONSE:**  B. DaVeiga, Correctional Counselor II, was assigned to review this appeal at the Second Level of Review.  All submitted documentation and supporting arguments have been considered.  Additionally, a thorough examination has been conducted regarding the claim presented and evaluated in accordance with Kern Valley State Prison (KVSP) Operational Procedures (OP), the California Code of Regulations (CCR) and the Department Operations Manual (DOM).

In response to the FLR, the appellant contends maintenance did not adequately address or correct the problem.

Based on the appellant's statements within the appeal, on December 3, 2010, the appellant was referred to the Facility-D medical clinic for medical evaluation. According to J. Williams, Registered Nurse (RN), an RN assessment was completed during the appellant's medical evaluation. The appellant did not appear to be in distress and he was sent back to his housing unit.

On January 12, 2011, C. Sorensen, Stationary Engineer, checked the operation of the Facility-D building-1 roof top ventilation system. Sorensen observed the system to be operating within the normal parameters. The filters were usable and not in need of

replacement. Additionally, Sorensen stated he reported to the appellant's cell to inspect the ventilation system. Sorensen stated he observed the appellant exit his cell without assistance and appeared fine. Sorensen indicated the temperature to be at an appropriate 70 degrees, the vent was circulating air within the cell; however, the vent appeared to be approximately 60 percent plugged with toilet paper. Sorensen stated the cell air did not smell of smoke.

On January 25, 2011, B. DaVeiga contacted P. Lee, Chief Engineer, who indicated the Engineers are out daily inspecting all ventilation systems and the filters are replaced quarterly; however, due to the institution location, filters may be replaced more often and on an as needed basis. Lee also indicated the ventilation is currently set for a heating cycle. During the heating cycle, the system appropriately uses recycled air from the dayroom and approximately 60 percent is fresh air drawn from outside the building.

According to the FLR, the current air filters will not be upgraded to a HEPA or electrostatic filter. The filters utilized by KVSP are designed as per industry standard and are used throughout all state agencies.

A review of the appellant's central file indicates the appellant, in addition to this appeal, has filed approximately three appeals of the same nature at three prior institutions, to include, Salinas Valley State Prison log number SVSP-A-08-01207 dated March 8, 2008, California Correctional Institution log number CCI-0-10-00087 dated January 15, 2010, and Mule Creek State Prison log number MCSP-A-10-01469 dated September 3, 2010. According to the language within the KVSP appeal, the appellant is attempting to compare the KVSP ventilation system with that of CCI; however, the two systems are not comparable.

In accordance with the CCR, the appellant is required to keep his quarters, which includes his cell vent, neat, clean and free of debris. The appellant is admonished to not place debris on or in the cell vent. Additionally, the ventilation system was inspected by the Stationary Engineer and found to be operating within the normal parameters. If the appellant experiences medical problems, he is encouraged to seek medical attention as needed.

CCR Title 15 Section 3064, Quarters, state in part, "Inmates must keep their quarters and surroundings neat, clean and sanitary. Inmates may not alter their quarters or equipment without specific authorization to do so."

**DECISION**: Based on the above, this appeal is **PARTIALLY GRANTED** at the Second Level of Review. Granted in that the roof top ventilation system and the appellant's cell was inspected for ensure the equipment was operating properly. All other aspects of the appeal are denied.

If dissatisfied, appellant may request a Director's Level review by following the instructions on the appeal form.

J. CASTRO
Chief Deputy Warden (A)
Kern Valley State Prison

**INMATE APPEALS BRANCH**

Case 1:15-cv-00243-DAD-SAB     Document 1     Filed 02/17/15     Page 27 of 41

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



July 1, 2011


SULLIVAN, MICHAEL, V60931
Kern Valley State Prison
P.O. Box 6000
Delano, CA 93216


RE: IAB# 1022816    KVSP-10-02326    LIVING CONDITIONS


The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8. The Branch examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been cancelled pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(c)(4). Time limits for submitting the appeal are exceeded even though you had the opportunity to submit within the prescribed time constraints.


D. FOSTON, Chief
Inmate Appeals Branch


Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA
INMATE/PAROLEE HEALTH CARE
APPEAL FORM
CDCR 602-HC (08/08)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA PRISON HEALTH CARE SERVICES

Side 1

| Location: | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | 1. KVSP | 1. 34-10-14194 | |
| | 2. | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. This form shall be used when the policy, action or decision being appealed involves health care services (medical, dental, or mental health). You must first informally seek relief through discussion with the appropriate staff member or by utilizing the health care service processes at your institution. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Health Care Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| SULLIVAN | V-60931 | | D-4-107 |

A. Describe Problem: Health Hazard contaminated water. The Drinking water at KVSP is pollutted with arcenic, strinkuine and cancel causeing Agents, — I have chronic Life threatening Liver Disease HCV and tumor on kidney, aswell as stomache problems forceing my to drink this tainted water is aggravatting thes medical conditions and causeing e creating severe + extreme Adverse medical symptoms
see Attachment "A" for further Details

If you need more space, attach one additional sheet.

B. Action Requested: (1) to provide clean, un-tainted bottled drinking water, till KVSP can correct pollutted water supply — and / or (2) transfer to Different prison that Does not have this problem with water supply

Inmate/Parolee Signature: _____ Date Submitted: 12-3-10

C. INFORMAL LEVEL (Date Received _____ ):
Staff Response: _____

BYPASS

Staff Signature: _____ Date Returned to Inmate: _____

D. FORMAL LEVEL:
If you are dissatisfied, explain below, attach supporting documents (Health Care Service Request Form, CDC 7362, Comprehensive Accommodation Chrono, CDC 7410, Trust Account Statement, etc.) and submit for processing to the Health Care Appeals Coordinator at your location within 15 days of receipt of response.

BYPASS

Inmate/Parolee Signature : _____ Date Submitted: _____

RECEIVED

DEC 09 2010


COMPLETED
MAY 12 2011

CDCR Appeal Number

34-10-14194

**FIRST LEVEL:** ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

**E. REVIEWER'S ACTION (Complete within 30 working days):** Date assigned: _____ Due Date: _____

Interviewed by: _____

BYPASS

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approval
Signature: _____ Title: _____ Date Returned to inmate: _____

**F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit for processing to the Health Care Appeals Coordinator at your location within 15 days of receipt of response:**

_____

BYPASS

Inmate/Parolee Signature : _____ Date Submitted : _____

**SECOND LEVEL:** ☐ Granted  ☐ P. Granted  ☒ Denied  ☐ Other _____

**G. REVIEWER'S ACTION (Complete within 20 working days):** Date assigned: 12/09/10  Due Date: 01/21/11
☒ See Attached Letter
Signature: L. Blueford/L. Blueford  Dr. S. Lopez  Date Completed: 5-11-11
Health Care Services
Hiring Authority Signature: _____ 5/11/h  CME - KVSP/NKSP  Title: _____ Date Returned to Inmate: 5-12-11

**H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response:**

2nd level uses a Bunch of Double speak and misleading statements to Avoid Having to Address and correct This Problem / ~~the~~ KVSP Had Admitted this is a Health Hazard Problem sPent ~ 624 Thousand $ to Design water Treatment facility But Just keep putting it off year after year, endlessly Delaying correcting This [ See Attachment X for more Details

Inmate/Parolee Signature: _____ Date Submitted: 5-24-11

For the Director's Review of Health Care issues, submit all documents to:   Office of Third Level Appeals – Health Care
P O Box 4038
Sacramento, CA 95812-4038

**DIRECTOR'S ACTION:** ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter

Date: _____

RECEIVED
OTLA-HC
JUN - 2 2011
HC APPEALS

COMPLETED
OTLA-HC
JUL 12 2011
KVSP
HC APPEALS

AttacHment                    Sullivan V-60931   JUDGE

I HAVE LIFE THREATENING LIVER DISEASE and FORCEING ME TO DRINK HIS POLLUTTED and contaminated WATER is causeing severe PAIN in my LIVER, HAVE perpetual stomachie ache, and is also aggravatting my Rectum. Bowel movements are Diarrea or wet loose consistancy. I feel Run Down, sick no energy, fatigue, like somethinb is toxifying my entire system - Like im slowly dieing. a year ago 11-17-09 I was admitted to Mercy Hospital in Bakersfeild for 3-Days cause of my Liver; where I was Constantly given IV antibioties the entire time and sent Back to the prison on oral antiobiotics for another 2wk's I also Have Heart condition. Im on 3-kind of Heart medis Including nitroglycerin; I HAVE Lung & Respitory condition on 2-different Respirator medicines from pulmonry specialist, - Have seizure Disorder - and multiple other orthopedic chronic conditions Lump/Hump Growing on spine where scoliosis site is - HAVE tumor/cyst on Left testicle 3-times the size of testie itself - suffice it to say I am not in that good of Health Right Now even under the Best of conditions or circumstances on CDCR website www. ccpoq kusP an article date 12-29-2008 Indicates That kusP knows water is contaminated and couses cancer and contains arcenic in amounts far Higher the than allowed By federal saftey standards - and kusP was supposed to Design & Build a filtration system But at Last minute decided not to Build it after spending $629.000 to Design system.??!! But the fact that CDCR would transfer and House someone Like me who has all these medical problem's in a facility that has contaminated & pollutted water supply is just unbelievable and outrageous - For I Have life threatening chronic Liver Disease aswell as other chronic medical disabilities I Am A.D.A. as a matter of Law under federal ADA statutes - title 42 U.S.C.A Section 12101 ET. SEQ aswell as all the federal court case Law interpreting those statutes - Furthermore prison authorities Have Duty and obligation to accomadate and provide facilities environment that are conducive too a prisoner's medical Disabilities And if these connot Be provided at one institution - Then they must transfer him to facilit

RECEIVED
DEC 0 9 2010

— See [Payne v Lynaugh] 1988) 843 F. 2D [?] at 176-79 [Yarbough v Roach] 736 F. Supp. 320 n.7 and [Villa v Frozen] 1981) 511 F supp 231 at 233

What's more — is that forcing prisoner's to drink polluted or tainted water. Even when they don't have any medical issue's, and even if water was determined to not cause any immediate injury — violates the 8th Amend and amounts to cruel & unussal punishment ~~and is~~ and is actionable as law suit in federal court for civil and monetary damage's — See [ Jackson v Arizonia) 9th Ci 1989) 885. F. 2D 639 at 641 and [ Jackson v Duckworth, 955 F. 2D 21 at 22 ~~and~~ furthermore when someone has lif threatening medical issue's , this may constitute a crimn offense - see [ calif Penal code section 673]

The fact is that I myself DO have numerous and substantian medical conditions and disabilities — some of whic are life threatening and forceing me to drink this tainted and polluted water here at KVSP is aggravating the pre-existing conditions , and is escalating an excellerating the HCV liver disease also most assurradly has some long term health affects and as a bare minimum just shaving years off my life expentancy by forceing me t drink this bad water !!

Under these circumstances , it is not un-reasonable for me to ask and expect that I be provided with bottled drinking water , till the water supply at KVSP is corrected and fixed ~ there exists no legitimate penological intrest that is being served by forceing me to drink polluted & tainted drinking water that is aggravating pre-existing life threatening medical disabilities , and as such prison authorities should (1) provide clean bottled drinking water . and /or (2) transfer to institution that has clean un-polluted drinking water

**Treat As Original**

12-3-10

Respectfully submitted:

Michael Sullivan
V-60931   D-4-107
KVSP

(31).

Case 1:15-cv-00243-DAD-SAB   Document 1   Filed 02/17/15   Page 32 of 41

# kusp 10-14194

supreme court reviewed in ... CT 475 at 2481; stated a Remedy for unsafe conditions need not await a tragic effect, which includes unsafe drinking water ID at Pg 2480-81 Above. also said unsafe conditions that pose an un-Reasonable Risk of serious Damage to a prisoners "Future" Health -violates 8th amendment, for cruel + unusual punishment - Even if Damage has not yet occurred and may not affect every prisoner exposed to the condition [Helling] Above

Go to website for CCPOA, KUSP and see article about How kusp spent $629.000.000 Dollars to design water plant in 2008 but Refuse to spend money to actually BUILD it. furthermore, none of the staff or employees that work here DRINK this contaminated water they all DRINK Bottled water whatismore is that medical Dept at KUSP is suppressing the act of inmates Being Adversely affected, and are going along to get along - the local News stations have been Doing segments about the water and kusp tells them that no inmate's have complained about ill. Health affects from water - this is straight out Lie!! cause I know of many people who have went to medical clinic about water complaining of skin Rashes, kidney + liver pain and adverse symptoms, or circulation anomolies. one guy had cysts on his kidneys + bladder was urinating Blood DR Chen tells him to DRink more + more of contaminated water

All that is Required for a successful 8th Amendment claim in federal court is that prison officials had knowledge of Risks of potential or future harm and inspite of this knowlege failed to act !!! [Farmer V Brennan] 1993) 114 s. ct 1970 at 1981 moreover on close circuit tv channel they run Ads as to water contaminant and Admitt that it "arsenic" cause's cancer and other Health affects. - whats going, in Here at KUSP is like the "ERIN BROCKOVICH" story Revisited !! And KUSP is not going correct this problem and constitutional violation "unless someone from a Higher authority forces them to fix and correct it ??!

Dated, May 25-2011

Respectfully submitted
michael sullivan
V-60931 - D-4-107
KUSP

# Memorandum

Date   :   May 11, 2011

To         **SULLIVAN, CDC # V-60931**
Kern Valley State Prison

Subject :   **APPEAL LOG # KVSP-34-10-14194**
**SECOND LEVEL RESPONSE**

**APPEAL ISSUE: MEDICAL**
You contend that there is a health hazard the contaminated drinking water at KVSP. The water is polluted with arsenic, strychnine, and cancer causing agents. You state you have liver disease, tumor on your kidney and stomach problems. Forcing you to drink tainted water is aggravating your medical conditions and causing/creating severe extreme medical symptoms.

You request clean untainted bottled water be provided until KVSP can correct the polluted water supply, and/or transfer to a different prison that does not have this water problem.

**INTERVIEW:** You were interviewed on May 11, 2011, by L. Bluford, Health Program Specialist-I (HPS-I) in person, at the first level of review regarding your appeal. You were afforded the opportunity to further explain your medical concerns and to provide any supporting documentation or information.

Your 602-HC form was received on December 9, 2010. The Health Care Appeals Coordinator (HCAC) accepted your appeal and determined the informal and first levels should be bypassed; therefore, your appeal was assigned at the second level of review.

**REGULATIONS:** The rules governing this issue are documented in the California Code of Regulations (CCR), Title 15, Section 3350 - 3358.

**APPEAL RESPONSE:**    At the second level of review, a personal interview was conducted with you by L. Bluford, HPS-I on May 11, 2011. Prior to the interview, a comprehensive review of your appeal with attachments, Unit Health Record (UHR), and all pertinent departmental policy and procedure. During the interview, you added the water is causing further issues with chronic medical conditions (I.e. liver, heart, bowel, and stomach). The Plant Operations Department was contacted and medical was informed an arsenic level study was completed by R.J. Geller, MD, MPH of the California Poison Control System. Dr. Geller's response indicated that parts per billion (ppb) levels of arsenic noted were insignificant. The review specifically stated quote, "The excepted numbers of health problems, either acute or chronic, caused at KVSP by arsenic at a concentration of 22 ppb in drinking water is zero". Hence, there is no need

SULLIVAN, V-60931
KVSP-34-10-14194
Second Level Response
Page 2 of 2

to provide an alternative water supply (i.e. bottled water). The request for bottled water is Denied; as it has been determined by a specialist, after testing the water, that there is no medical indication for bottled water. Your request for a transfer is Denied.

**DECISION:** Based on the above information, your appeal is **DENIED** at the second level of review.

If dissatisfied with this response, you may submit his appeal for Directors' Level Review by following the instructions on his appeal form.

S. LOPEZ, D.O.
Chief Medical Executive
Kern Valley State Prison

Case 1:15-cv-00243-DAD-SAB   Document 1   Filed 02/17/15   Page 35 of 41

Esta información es muy importante sobre su agua potable.
Tradúzcalo o hable con alguien que lo entienda bien.

## Kern Valley State Prison Has Levels of Arsenic Above the Drinking Water Standard

Our water system recently violated a drinking water standard. Although this is not an emergency, you have a right to know what you should do, what happened, and what we are doing to correct this situation.

We routinely monitor for the presence of drinking water contaminants. Based on data gathered through monitoring our wells over the last four quarters, the running annual average for wells 1 and 2 is 0.016 mg/L and 0.020 mg/L respectively. This is above the USEPA standard or maximum contaminant level (MCL) of 0.010mg/L.

**What should I do?**

- **You do not need to use an alternative water supply (e.g., bottled water).**

- This is not an emergency. If it had been, you would have been notified immediately. However, some people who drink water containing arsenic in excess of the MCL over many years may experience skin damage or circulatory system problems, and may have an increased risk to getting cancer.

- If you have other health issues concerning the consumption of this water, you may wish to consult your doctor.

**What happened? What is being done?**

Kern Valley State Prison is working with Facilities Planning, Construction and Management to install an Arsenic Treatment System. We anticipate resolving the problem by October 2011.

For more information, please contact George Jaime at 661-721-6300 ext 6379.

This notice is being sent to you by California Department of Corrections and Rehabilitation, Kern Valley State Prison.

State Water System ID#: 1510802. Distributed by: October 1, 2010.

9/23/10

M.D. BITER
Warden (A)
Kern Valley State Prison

# arceration Hinders Upward Economic Mobility

### by Matt Clarke

with an incarcerated father are expelled or suspended from school compared with 4% of those without a father in prison. Family income during a father's incarceration drops by 22% compared with the year prior to incarceration. Even after the father is released, family income remains 15% below pre-incarceration levels. Since income and education are strong indicators of children's future economic mobility, a parent's incarceration has a strongly negative effect on a child's future financial prosperity.

"To support upward mobility, states can invest in programs that reconnect former inmates with the labor market and remove obstacles to reintegration. To stop the revolving door of incarceration, states can invest in research-based policies and programs in the community that keep former inmates on the straight and narrow, improve public safety and cost far less than incarceration," the report notes.

Such policies and programs include education, job training, job placement assistance and follow-up services to help retain employment; capping the percent of former prisoners' income subject to deductions for fines, fees and other unpaid debt; expanding the Earned Income Tax Credit to include non-custodial low-income parents; diverting low-risk defendants into community-based supervision programs; using earned-time credits to reduce prison sentences for prisoners who complete educational, vocational or rehabilitation programs; and implementing alternative sanctions, such as weekend jail terms, to punish parole and probation violators — which would prevent them from losing their jobs.

The Pew Charitable Trusts report was based on research by Professor Bruce Western of Harvard University and Professor Becky Pettit of the University of Washington.

Source: "Collateral Costs: Incarceration's Effect on Economic Mobility," Pew Charitable Trusts, Sept. 2010 (available at www.economicmobility.org)

# California Prisoners Still Forced to Drink Arsenic-Laced Water

### by David M. Reutter

Prisoners at California's Kern Valley State Prison in Delano are being slowly poisoned through their drinking water. The "state of the art" facility opened at a cost of $379 million in 2005; the water problem was discovered within weeks of the prison's opening, but years later nothing has been done. [See: *PLN*, June 2009, p.26].

Tests reveal that the water at Kern Valley contains up to twice the federally permitted standard for arsenic levels, which is 10 parts per billion.

"The standard was set for a reason, and the reason is that arsenic is known to cause cancer in humans," said Dr. Gina Solomon, with the Natural Resources Defense Council.

According to the U.S. Environmental Protection Agency, long-term exposure to arsenic can cause "cancer of the bladder, lungs, skin, kidneys, nasal passages, liver, and prostate."

A January 2011 memo to prisoners from Kern Valley's warden, M.D. Biter, revealed the lackadaisical approach taken by prison officials. "This is not an emergency," the memo stated. Prisoners "do not need to use an alternative water supply (e.g., bottled water)."

Of course, prisoners have no choice but to drink the water that's made available to them. According to an article in the *Los Angeles Times*, most guards at the facility bring bottled water to work. Prisoners' requests for bottled water were denied.

"Kern Valley State Prison is working with Facilities Planning, Construction, and Management to install an Arsenic Treatment System," said the memo. "We anticipate resolving the problem by October 2011."

A previous memo issued by then-warden Anthony Hedgpeth, dated April 8, 2008, had "anticipated resolving the problem by June 2009." That memo noted that people drinking the water may experience skin damage or circulatory system problems, and may have an increased risk of cancer.

"It's cloudy. It's fuzzy. It's got an awful taste to it. It doesn't taste like normal water," said Kern Valley prisoner Andy Jackson. "You just have to let it sit for 3 minutes before you drink it."

A December 2008 order issued by the California Department of Public Health found a "violation of the arsenic maximum containment level" at the prison. The order threatened "judicial action including civil penalties" if prison officials failed to draw up a plan and time schedule to fix the problem; however, it failed to specify a date by which the facility must be in compliance.

Prison officials claim they have acted. "Kern Valley State Prison has met the terms of its compliance order. No penalties are warranted at this time," stated CDOC spokesman Ken August. He said the water filtration project "should go out to bid soon," and actual construction "should start within six months and take one year for completion." The filtration system is estimated to cost around $6 million.

"They really don't care," countered Bertha Nava, the mother of a prisoner who has been forced to drink the water at Kern Valley for five years. The water appears to be "like part urine, part water," she said.

"My son is supposed to be released in 13 years. Well, what medical problems is he going to have when he's released? Will he be able to function normally? Or is he going to be released just to die from cancer because of the water?" Nava asked. "It seems like it's not a big issue to them, but I'm sure the warden doesn't drink the water."

Other prisoners' families have gotten involved, including Blanca Gonzalez, who collected around 2,000 signatures on a petition demanding that prison officials take action to address the facility's arsenic-laced water.

Meanwhile, Scott Kernan, undersecretary of operations for California's prison system, has set another deadline for resolving the arsenic contamination at Kern Valley. "We anticipate fully resolving this problem by August 2012," he said, echoing previous



EXECU
For Info:
NATION
862
BBB
(35-Yea
(Trans



January 11, 2011

Mr. Michael Sullivan, V-60931
Kern Valley State Prison
P.O. Box 6000
Delano, CA 93216

Dear Mr. Sullivan:

This is in response to your letters dated October 24, November 1 and 11, 2010, addressed to the Honorable Judge Thelton Henderson and the Controlled Correspondence Unit (CCU), Prison Health Care Services, regarding the mental health and medical care and treatment you are receiving while incarcerated at Kern Valley State Prison (KVSP), California Department of Corrections and Rehabilitation. I have been asked to respond to your concerns.

In your correspondence you state:
- You have multiple chronic injuries which causes you severe pain.
- You have been a part of pain management since your arrival in CDCR in 2004.
- You have been prescribed morphine or methadone, combined with flexeril, baclofen, tramadol and gabapentin.
- Every time you are transferred your pain medications are discontinued.
- You have a heart condition, respiratory condition, liver disease, a seizure disorder, multi-level damage to your spine, neck and back, along with damage to your left foot and right shoulder.
- You feel being subjected to severe pain for prolonged periods at a time turns into physical trauma, which in turn aggravates your pre-existing medical conditions.
- Dr. Chen is blocking and denying access to any diagnostic testing, specialists and is arbitrarily discontinuing everyone's medication.
- Dr. Chen has discontinued your seizure medication and has refused to renew your prescription.
- The drinking water at KVSP is polluted with arsenic which is aggravating your liver.
- At a previous institution you were prescribed trazodone and once you arrived at KVSP the medication was discontinued without you seeing a psychiatrist.
- Another patient-inmate took his own life and you can empathize with him because you think about doing the same exact thing all of the time.
- You have heard due to the denial of medical care, necessary medicine and mental health treatment the other patient-inmate could not take it anymore.

You request immediate intervention on your behalf for your mental health and medical concerns.

CCU contacted KVSP health care staff who provided documentation from your Unit Health Record (UHR) and health care appeal history for review. A thorough review of your UHR indicates you are currently enrolled in

P.O. Box 4038 ● Sacramento, CA 95812-4038

Mr. Michael Sullivan, V-60931
January 11, 2011
Page 2

the Mental Health Services Delivery System at the Correctional Clinical Case Management System level of care. Records indicate you were seen and evaluated by the mental health staff on September 30, October 1 and November 2, 2010. It was noted you denied suicidal and homicidal ideations and appeared not to be in distress. In addition, documentation shows you have refused attendance and participation in group therapy and no psychiatric medications had been prescribed. Your pharmacy profile indicates you are currently prescribed aspirin, Flovent and albuterol inhalers as part of your treatment plan. Based on the information received and reviewed, it appears KVSP mental health staff is providing for your mental health care and treatment needs.

CCU records indicate the Prison Law Office (PLO) is currently advocating on your behalf regarding your pain medication and muscle relaxers. In addition your concerns regarding your seizure disorder, heart condition and respiratory condition have been previously addressed in correspondence from CCU dated May 27, 2010; therefore, we will not be responding to these issues at this time.

In addition, please be advised this division responds to correspondence regarding specific patient-inmate health care and treatment concerns. As such, your questions and concerns regarding the drinking water supply and ventilation at KVSP will not be addressed. We respectfully suggest you address these concerns through the appropriate channels at your institution.

Please be advised that while you have a right to request treatment, it is inappropriate for a patient-inmate to recommend a treatment plan and then expect a physician to implement the requested treatment plan. Medical treatment is determined by a physician based on the physician's evaluation, diagnosis, and departmental policy. This decision is based on the criteria set forth in the California Code of Regulations (CCR), Title 15, Section 3354(a), which states in part: *"(a) Authorized Staff. Only facility-employed health care staff, contractors paid to perform health services for the facility, or persons employed as health care consultants shall be permitted, within the scope of their licensure, to diagnose illness or, prescribe medication and health care treatment for inmates. No other personnel or inmates may do so."*

The inmate appeal process described in the California Code of Regulations, Title 15, is an important part of the steps available for inmates to resolve matters that affect their welfare while in prison. Inmate health care appeals are reviewed and answered carefully and thoroughly. A review of the appeals history at KVSP indicates you have filed several health care appeals regarding the issues you wrote about. Currently one of the appeals is pending a decision at your institution. Once your appeal has been reviewed, a response will be returned to you. All other appeals have been reviewed, answered and the responses returned to you.

If you need further health care services, you should use the "sick call" process by completing a *Health Care Services Request Form*, CDC 7362, to request an appointment with health care staff.

P.O. Box 4038 • Sacramento, CA 95812-4038

I hope this information has been of assistance to you.

Sincerely,

Y. AGUILA
Staff Services Manager I
Controlled Correspondence Unit

cc:     Regional Administrator, Central
        Deputy Medical Executive, Central
        Regional Mental Health Director, Central Region (sent via email)
        Director, Statewide Mental Health Programs (sent via email)
        Chief Executive Officer – Health Care, KVSP
        Chief of Mental Health, KVSP

TO: Appeal's Coordinator Kusp

From: Jim Sullivan V-60931 - D-4-107

Dear Sir:

The enclosed 602, was intially Bypassed all the way to 2nd level .. you kept the original and when the lady from Sacramento come Her to Hear and interview the issue's you gave Her a copy so when she sent it Back into you. I was in turn given a copy back -- and now 3rd level Sacramento Has sent the copy Back to me and instructing me to send too you and have you stamp copy with treat as original

so if you'd please comply with their Request or instruction's -- I'd Be most Grateful!

Thanking you in Advance for your time attention and consideration

Respectfully
submitted:

Dated: 8-8-11

Michael Sullivan
V-60931 -D-4-107
KVSP


RECEIVED
AUG 16 2011
KVSP HC APPEALS

COMPLETED
AUG 25 2011
KVSP HC APPEALS

PRISON HEALTH CARE SERVICES



**Date:**   July 12, 2011

**To:**   SULLIVAN, MICHAEL (V60931)
Kern Valley State Prison
P.O. Box 6000
Delano, CA 93216

**From:**   California Prison Health Care Services
Office of Third Level Appeals - Health Care
P.O. Box 4038
Sacramento, CA 95821-4038

**Tracking/Log #:**   KVSP HC 11003355    **Institution Log #:**   KVSP-34-10-14194

The California Prison Health Care Services, Office of Third Level Appeals-Health Care (OTLA-HC), acts for the Director, California Department of Corrections and Rehabilitation (CDCR), at the third level of appeal process. The OTLA-HC examines and responds to patient-inmate appeals that are submitted on an Inmate/Parolee Health Care Appeal Form (CDCR 602-HC) or Inmate/Parolee Appeal Form (CDC 602) after the institution has responded at the Second Level of Appeal.

Institution staff is available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor, Appeals Coordinator and Health Care Appeals Coordinator can answer any questions you may have regarding the appeal system to address your grievances.

The OTLA-HC has received an appeal from you and has determined that it does not comply with appeal procedures established in the California Code of Regulations (CCR) Title 15, Article 8, and is being rejected and returned to you for the following reason(s):

**Missing Original Appeal Documents**: CCR, Title 15, Section 3084.6(b)(10) states, "The inmate or parolee has not submitted his/her appeal printed legibly in ink or typed on the lines provided on the appeal forms in no smaller than a 12-point font or failed to submit an original." Your CDCR 602-HC, Inmate/Parolee Health Care Appeal Form, is a copy. It must be taken to the Health Care Appeals Coordinator at your institution for "Treat as Original" to be stamped on the document. When this has been completed, return all your appeal documents, including this letter, to this office for continued processing.

*L. Jennings*

for L. Zamora, Chief
Office of Third Level Appeals-Health Care
California Prison Health Care Services

RECEIVED
AUG 16 2011

COMPLETED
AUG 25 2011

Rejection Note: Please make the changes or corrections requested and resubmit the original appeal within thirty calendar days.

***PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE***