# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SULLIVAN,<br><br>   Plaintiff,<br><br>   v.<br><br>M. D. BITER, et al.,<br><br>   Defendants. | Case No.  1:15-cv-00243-DAD-SAB-PC<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR SCREENING<br><br>(ECF NO. 11) |

On January 8, 2016, Plaintiff filed motions requesting the Court to screen his complaint. Plaintiff is advised that the Court presently has a large number of cases awaiting screening.  This case is among those.  Case management at this Court proceeds by the order cases are received. Due to the caseload of the Court, and the Court's diligent handling of each individual case, rulings and decisions often take time.  Plaintiff's case will be screened in due course and appropriate orders will issue.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to screen the complaint is denied.

IT IS SO ORDERED.

Dated:   **January 22, 2016**

UNITED STATES MAGISTRATE JUDGE

1