# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SULLIVAN,<br><br>    Plaintiff,<br><br>v.<br><br>M. D. BITER,<br><br>    Defendant. | Case No. 1:15-cv-00243-DAD-SAB-PC<br><br>ORDER REQUIRING DEFENDANT TO FILE AN ANSWER ON OR BEFORE AUGUST 14, 2018 |

Plaintiff Michael J. Sullivan is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983.

On July 31, 2018, an order issued denying Defendant's motion to dismiss. (ECF No. 56.) Pursuant to Rule 12 of the Federal Rules of Civil Procedure, when a motion under Rule 12 is decided, the defendant has fourteen (14) days after notice of the court's action to file a responsive pleading. Fed. R. Civ. P. 12(a)(4)(A).

Accordingly, IT IS HEREBY ORDERED that Defendants shall file an answer to the complaint on or before **August 14, 2018**.

IT IS SO ORDERED.

Dated: __**August 1, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE