# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SULLIVAN,<br><br>　　　Plaintiff,<br><br>　v.<br><br>M. D. BITER,<br><br>　　　Defendant. | Case No. 1:15-cv-00243-DAD-SAB-PC<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME TO FILE AN ANSWER<br><br>[ECF No. 58] |

Plaintiff Michael J. Sullivan is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion for a 7-day extension of time to file an answer. (ECF No. 58.) Defense counsel declares in support that the answer is in progress, but additional time is needed to complete it due to conflicting deadlines and out of town travel.

Good cause being shown, Defendant's motion is HEREBY GRANTED. Defendants shall file an answer to the complaint on or before **August 21, 2018**.

IT IS SO ORDERED.

Dated: __August 13, 2018__

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE