1

2

3

4

5

6

7

8                                **UNITED STATES DISTRICT COURT**

9                                **EASTERN DISTRICT OF CALIFORNIA**

10

11    MICHAEL J. SULLIVAN,                          Case No. 1:15-cv-00243-DAD-SAB (PC)

12                    Plaintiff,                     ORDER DIRECTING DEFENDANT TO FILE
                                                     A RESPONSE TO PLAINTIFF'S MOTION
13            v.                                     FOR A THIRD EXTENSION OF TIME TO
                                                     FILE OPPOSITION TO DEFENDANT'S
14    M. D. BITER,                                   MOTION TO COMPEL PLAINTIFF'S
                                                     DEPOSITION AND DISCOVERY
15                    Defendant.                     RESPONSES

16                                                   (ECF No. 69)

17

18            Plaintiff Michael J. Sullivan is a state prisoner proceeding *pro se* and *in forma pauperis* in

19    this civil rights action pursuant to 42 U.S.C. § 1983.

20            On April 18, 2019, Defendant M. D. Biter filed a motion to compel Plaintiff's deposition

21    and discovery responses. (ECF No. 62.) On May 15, 2019, the Court granted Plaintiff a thirty-day

22    extension of time to file an opposition to Defendant's motion to compel deposition and discovery

23    responses. (ECF No. 65.) On June 18, 2019, the Court granted Plaintiff a second thirty-day

24    extension of time to file an opposition to Defendant's motion to compel deposition and discovery

25    responses. (ECF No. 67.)

26            Currently before the Court is Plaintiff's motion for a third thirty-day extension of time to

27    file an opposition to Defendant's motion to compel Plaintiff's deposition and discovery responses,

28    filed on July 19, 2019. (ECF No. 69.) Plaintiff asserts that he needs additional time to prepare and

                                                     1

file an opposition to Defendant's motion to compel because he is no longer being provided with any medically necessary pain medications and, as such, he is in a constant state of extreme pain, and because he has had ongoing problems gaining access to the law library.

In this case, the Court finds that it is appropriate to require Defendant to file a response to Plaintiff's motion for a third extension of time. Accordingly, it is HEREBY ORDERED that, within **fourteen (14) days** from the date of service of this order, Defendant shall file a response to Plaintiff's motion for a third extension of time, (ECF No. 69). After Defendant's response is filed, the matter will be deemed submitted for decision. Local Rule 230(l).

IT IS SO ORDERED.

Dated:   __July 23, 2019__                            _____
                                                     UNITED STATES MAGISTRATE JUDGE