# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SULLIVAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. D. BITER,<br><br>　　　　Defendant. | No.: 1:15-cv-00243-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION<br><br>(ECF No. 88) |

Plaintiff Michael J. Sullivan is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion for an extension of time to file a dispositive motion, filed April 14, 2020. (ECF No. 88.)

Good cause having been presented, it is HEREBY ORDERED that Defendant is granted, up to and including June 5, 2020 to file a dispositive motion.

IT IS SO ORDERED.

Dated: __April 14, 2020__　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1