# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SULLIVAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. D. BITER,<br><br>　　　　Defendant. | Case No.: 1:15-cv-00243-DAD-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S SIXTH MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(ECF No. 113) |

Plaintiff Michael J. Sullivan is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's sixth motion for an extension of time to file objections to the pending Findings and Recommendations, filed August 13, 2021.

Good cause having been presented, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file objections. However, no further extensions of time will be granted, absent extraordinary circumstances, not present here.

IT IS SO ORDERED.

Dated:  **August 16, 2021**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1